# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Thurman Jerome Brown, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:24-cv-00283-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Registrar of Deeds For Cleveland County, et al, | ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2025 Order.

March 4, 2025

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court